Nicholas DeWitt (SB# 89355)
nickdewitt@sbcglobal.net
Douglas R. Painter (SB# 131043)
DeWITT, DENNEY & PAINTER LLP
515 South Flower Street, Seventeenth Floor
Los Angeles, CA  90071-2234
Telephone:  (213) 891-1114
Facsimile:  (213) 891-1470

Attorneys for Plaintiff RADISSON HOTELS
INTERNATIONAL, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RADISSON HOTELS INTERNATIONAL, INC., a Minnesota corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>LANTING HOTEL VENTURES II, INC., a California corporation,<br><br>              Defendant. | CASE NO. 2:11-CV-05499-DMG-FMOx<br><br>**FINAL JUDGMENT [5]** |

1        Pursuant to a stipulation of the parties in this case, and pursuant to the

2   express terms of a settlement agreement signed by the parties, a Final Judgment is

3   hereby entered in favor of plaintiff Radisson Hotels International, Inc., and against

4   defendant Lanting Hotel Ventures II, Inc. in the amount of $296,285.84.

7   Dated:  September 2, 2011

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-2-